IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01639-MSK-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1365 GERMAN COURT, ERIE, COLORADO;
2004 CHEVY AVALANCHE VIN 3GNEK12T34G330852; and
$36,545.00 IN UNITED STATES CURRENCY,

        Defendants.

---

**FINAL ORDER OF FORFEITURE**
_____

        THIS MATTER comes before the Court on the United States= Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

        THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

        THAT the United States and claimant, Adam Koenigsberg have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

        THAT no other claims to defendant property have been filed;

        THAT forfeiture of

        a. $5,000.00 in lieu of defendant 1365 German Court, Erie, Colorado,

  b. defendant 2004 Chevy Avalanche VIN 3GNEK12T34G330852, and

  c. $31,545.00 of defendant $36,545.00 in United States Currency

shall enter in favor of the United States;

  THAT the United States shall return to claimant Adam Koenigsberg: $5,000.00 of defendant $36,545.00 in United States Currency;

  THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

  NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

  THAT forfeiture of

  a. $5,000.00 in lieu of defendant 1365 German Court, Erie, Colorado,

  b. defendant 2004 Chevy Avalanche VIN 3GNEK12T34G330852, and

  c. $31,545.00 of defendant $36,545.00 in United States Currency.

shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

  THAT the Clerk of Court is directed to enter Judgment; and

  THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. ' 2465.

  DATED this 15th day of November, 2013.

        **BY THE COURT:**

        *Marcia S. Krieger*

        _____

        Marcia S. Krieger
        Chief United States District Judge