IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01639-MSK-CBS

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1365 GERMAN COURT, ERIE, COLORADO,
2004 CHEVY AVALANCHE VIN 3GNEK12T34G330852, and
$36,545.00 IN UNITED STATES CURRENCY.

   Defendants.
_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Marcia S. Krieger, the following JUDGMENT is hereby entered:

  1. That forfeiture of the following Defendant property, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881:

    a. $5,000.00 in lieu of 1365 German Court, Erie, Colorado, which is more fully described as: Lot 2, Block 20, Kenosha Farm, County of Boulder, State of Colorado;

    b. 2004 Chevy Avalanche VIN 3GNEK12T34G330852 registered to Adam Koenigsberg; and

    c. $31,545.00 of defendant $36,545.00 in United States Currency.

2.  That the United States shall have full and legal title as to the above described defendant property and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3.  That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

Done at Denver, Colorado this 15th day of November, 2013.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: s/K Lyons
Deputy Clerk